# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> SRC Liquidation, LLC,[1] <br><br> Debtor. | Chapter 11 <br><br> Case No. 15-10541 (BLS) |
| SRC Liquidation, LLC, <br> Plaintiff, <br><br> vs. <br><br> Whitesell Corporation, <br> Defendant. | Adv. Pro. No. 16-50742 |

## STIPULATION OF VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING

IT IS HEREBY stipulated and agreed pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, which is incorporated by reference into Rule 7041 of the Federal Rules of Bankruptcy Procedure, by the above-captioned plaintiff and above-captioned defendant, by and through their respective counsel, that the above captioned adversary proceeding be dismissed. This matter has been settled and this dismissal is with prejudice. An answer has been filed.

---

[1] The last four digits of the Debtor's taxpayer identification number are 5440.

| | |
|---|---|
| Dated: April 12, 2017 | Dated: April 12, 2017 |
| BAYARD, P.A. | THE LAW OFFICE OF JAMES TOBIA, LLC |
| /s/ Justin R. Alberto | /s/ James Tobia |
| Justin R. Alberto (No. 5126) | James Tobia |
| Gregory J. Flasser (No. 6154) | 1716 Wawaset Street |
| 222 Delaware Avenue, Suite 900 | Wilmington, DE 19806 |
| Wilmington, DE 19899 | Telephone: (302) 655-5303 |
| Telephone: (302) 655-5000 | Email: jtobia@tobialaw.com |
| Email: jalberto@bayardlaw.com | |
| gflasser@bayardlaw.com | Roland Gary Jones |
| | JONES & ASSOCIATES |
| and | One Rockefeller Plaza, 10th Floor |
| | New York, NY 10020 |
| Joseph L. Steinfeld, Jr. | Telephone: (646) 964-6461 |
| Gary D. Underdahl (*Admitted Pro Hac Vice*) | Email: rgj@rolandjones.com |
| Edward E. Neiger | |
| ASK LLP | *Counsel for Defendant, Whitesell Corporation* |
| 2600 Eagan Woods Drive, Suite 400 | |
| Saint Paul, MN 55121 | |
| Telephone: (651) 406-9665 | |
| Email: jsteinfeld@askllp.com | |
| gunderdahl@askllp.com | |
| eneiger@askllp.com | |

*Counsel to SRC Liquidation, LLC*